```
                          United States Bankruptcy Court
                                District of Colorado
In re:                                                          Case No. 14-26473-MER
Tatyana Valis                                                   Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: smiths            Page 1 of 1            Date Rcvd: Jan 14, 2015
                              Form ID: 163            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2015.
db        +Tatyana Valis,    18824 E Baltic Pl #432,    Aurora, CO 80013-2391

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2015 at the address(es) listed below:
              Jeffrey L. Hill    on behalf of Trustee Jeffrey L. Hill jeffreyhillpc@gmail.com,
               jhill@ecf.epiqsystems.com
              Jeffrey L. Hill    jeffreyhillpc@gmail.com,   jhill@ecf.epiqsystems.com
              Timur  Kishinevsky    on behalf of Debtor Tatyana  Valis tkishlaw@aol.com,
               alla_shemetova@yahoo.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                               TOTAL: 4

(COB Form otrst4turn7)(12/03)Order Relating Ch7 Tr Stip. Turnover

# UNITED STATES BANKRUPTCY COURT
## District of Colorado

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address:

Tatyana Valis

aka(s), if any will be listed on the following page.

Case No.: 14–26473–MER
Chapter: 7

### ORDER APPROVING TRUSTEE'S STIPULATION FOR TURNOVER

THIS MATTER is before the Court on the Chapter 7 Trustee's Stipulation for Turnover. Good cause appearing, it is

ORDERED that the Chapter 7 Trustee's Stipulation for Turnover of full copies of 2014 federal and state tax returns and potential prorated refunds filed 1/14/2015 , is hereby APPROVED.

Dated: 1/14/15

FOR THE COURT:
s/ Michael E. Romero
Chief United States Bankruptcy Judge

**Aliases Page**

**Debtor aka(s):**
No Aliases for Debtor